Elliott J. ROSCHUNI and June Gilbert Roschuni, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 17779.

United States Court of Appeals
Fifth Circuit.

Nov. 10, 1959.

Llewellyn A. Luce, Washington, D. C., for petitioners.

Charles K. Rice, Asst. Atty. Gen., Arch M. Cantrall, Chief Counsel, John M. Morawski, Sp. Atty., I. R. S., David O. Walter, and Charles B. E. Freeman, Attys., Howard A. Heffron, Acting Asst. Atty. Gen., Lee A. Jackson, A. F. Prescott, David O. Walter, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before RIVES, Chief Judge, and TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The facts from which this controversy arose and the reasons of the Tax Court for its decision are set forth in its opinion. Roschuni v. Commissioner, 29 T.C. 1193. We conclude that the decision of the Tax Court is a correct one and its judgment is

Affirmed.

Mary Lucille BRABHAM, Appellant,

v.

ATLANTIC COAST LINE RAILROAD COMPANY and W. H. Hyman, Appellees.

No. 17822.

United States Court of Appeals
Fifth Circuit.

Nov. 10, 1959.

Nelson Haslam, Savannah, Ga., for appellant.

Alex A. Lawrence, Bouhan, Lawrence, Williams, Levy & McAlpin, Savannah, Ga., for appellees.

Before RIVES, Chief Judge, and TUTTLE and JONES, Circuit Judges.

PER CURIAM.

The district court concluded, on the authority of Atlantic Coast Line R. Co. v. Futch, 5 Cir., 263 F.2d 701, certiorari denied 360 U.S. 935, 79 S.Ct. 1456, 3 L.Ed. 2d 1547, that the plaintiff had failed to make out a case of liability of the defendant and directed a verdict for the defendant on which judgment was entered. We agree that the cited case is controlling and the judgment of the district court is, therefore,

Affirmed.